## JEFF MEAD v. STATE OF FLORIDA

26 So. (2nd) 336                                                      January Term, 1946
May 17, 1946                                                                  Division A

*B. L. Solomon,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

This appeal is from a conviction of an assault with intent to commit rape. The judgment is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.